UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MICHAEL MACK

v.

WARDEN BENJAMIN

CIVIL ACTION

NO. 13-552-JWD-RLB

AMENDED RULING
AND ORDER ON MOTIONS IN LIMINE

The Court wishes to correct two typographical errors in its earlier Ruling and Order on Motions in Limine (the "Order"). (Doc. 105.) On page 8 of the Order, the Court wrote:

> **(b) Defendant's Exhibit 8 (Diagram of the CBD Lower Right Unit), Exhibit 9 (Pictures of the CBD Lower Right Unit), and Exhibit 13 (Kevin Benjamin's Training Records) – GRANTED.**

(underline added.) This should be and is hereby corrected to read:

> **(b) Defendant's Exhibit 10 (Diagram of the CBD Lower Right Unit), Exhibit 11 (Pictures of the CBD Lower Right Unit), and Exhibit 13 (Kevin Benjamin's Training Records) – GRANTED.**

Additionally, in page 9 of the Order, the Court wrote:

> In sum, Plaintiff's motion with respect to these documents is granted. Exhibits 8, 9, and 13 are excluded.

(underline added.) This sentence should be and is hereby corrected to read:

> In sum, Plaintiff's motion with respect to these documents is granted. Exhibits 10, 11, and 13 are excluded.

(underline added).

The Order is in all other respects adopted, reaffirmed, and incorporated herein.

Signed in Baton Rouge, Louisiana, on November 23, 2015.

JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA